<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1952**
_____

ANGELIQUE FIGUEROA,

            Plaintiff - Appellant,

      v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, As Trustee For GSR
Mortgage Loan Trust 2007-OA1, Mortgage Pass Through
Certificates Series 2007-OA1,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony John Trenga,
District Judge. (1:13-cv-00592-AJT-TRJ)

_____

Submitted: December 17, 2013        Decided: December 19, 2013

_____

Before KING, GREGORY, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Angelique Figueroa, Appellant Pro Se.   Christopher Michele
Corchiarino, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore,
Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelique Figueroa appeals the district court's order dismissing her complaint for failure to state a claim. <u>See</u> Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Figueroa v. Deutsche Bank Nat'l Trust Co.</u>, No. 1:13-cv-00592-AJT-TRJ (E.D. Va. July 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>